

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00829-CV

Felipe N. **GOMEZ**,
Appellant

v.

Alan **BRAID**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI08302
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's December 12, 2022 order is AFFIRMED.

Because appellant is indigent, no costs of this appeal are assessed against him.

Wolfgang P. Hirczy de Miño's motion for leave to file consolidated original proceedings is DENIED, and appellant Gomez's motion to strike is DENIED AS MOOT.

SIGNED February 21, 2024.

Luz Elena D. Chapa, Justice